# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **MARK JUSTIN DENNY,** Defendant. | CR 24-00107-GF-BMM ORDER |

The United States filed an Unopposed Motion to Dismiss Indictment (Doc. 57). Having reviewed the government's motion, and for good cause shown,

**IT IS HEREBY ORDERED** that the indictment in this case is **DISMISSED** without prejudice. **IT IS FURTHER ORDERED** that all deadlines and hearings are **VACATED.**

DATED this 27th day of January 2026.

_____
Brian Morris, Chief District Judge
United States District Courts